IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Edward McGhee, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:10cv887 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, Lebanon Correctional Institution, : | |
| : | |
| Respondent(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 3, 2011 a Report and Recommendation (Doc. 12). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the petition is **DISMISSED** with prejudice.  Since reasonable jurists will not disagree with this conclusion, petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court